Perry *against* Weyman.

Perry
v.
Weyman.

*If the justice before whom a cause is tried is sworn as a witness, and the oath be administered to him by another justice, it is illegal.*

ON *certiorari*, from a justice's court. The errors assigned were 1. That the justice refused to admit evidence of payment, on the part of the defendant below.    2. That the justice before whom the cause was tried, was sworn by another justice, as witness in the cause.

*Weston* for the plaintiff in error.

*Foot*, contra.

*Per curiam.* The act is positive that the justice, or court, that is, the justice before whom the cause is tried, must administer the oath to the witnesses.    The oath administered by the other justice was extra-judicial, and improper.

Judgment reversed.